No. 76–5355. HAYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5359. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5419. HAFF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5448. WOODRING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5468. LITTLEFIELD *v.* COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN. Sup. Ct. Iowa. Certiorari denied.

No. 76–5547. ADAMS *v.* POWER. C. A. 4th Cir. Certiorari denied.

No. 76–5548. EDMONDS *v.* WARDEN, ILLINOIS STATE PENITENTIARY. C. A. 7th Cir. Certiorari denied.

No. 76–5551. SPENCER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5552. JACKSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5558. MANRIQUEZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5566. GRIFFIN *v.* KANSAS. C. A. 10th Cir. Certiorari denied.

No. 76–5568. COLEMAN *v.* STONE, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 76–5572. SPATES *v.* CONNECTICUT. C. A. 2d Cir. Certiorari denied.